UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                  March 7, 2011
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

# SCHEDULING NOTICE

<u>TRUSTEES OF LAUNDRY, DRY CLEANING WORKERS v. ALLEN SUPPLY</u>,
09 CV 9349 (KMK)(LMS)

| David C. Sapp, Jr.<br>Amalgamated Life Insurance Company<br>333 Westchester Avenue<br>White Plains, NY 10604 | Eve I. Klein<br>Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036-4086 |
|---|---|

The matter of <u>TRUSTEES OF THE LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND v. ALLEN SUPPLY & LAUNDRY</u> has been scheduled for an in person *settlement* conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Tuesday, April 5, 2011, at 2:30 PM in Courtroom 520**. Counsel should either have: full independent settlement authority; principals present; or principals <u>readily</u> available by telephone.

*Please Note: Counsel seeking to reschedule an appearance*

*must have all parties on the line prior to contacting Chambers.*

SO ORDERED: /s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
U.S.M.J.