USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

DUANE MORRIS LLP
Eve I. Klein, Esq.
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1065
eiklein@duanemorris.com
Attorneys for Defendant
The Allen Supply & Laundry Services, Inc.
d/b/a Allen Linen Supply

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TRUSTEES OF THE LAUNDRY, DRY            :
CLEANING WORKERS AND ALLIED             :   09 Civ. 09349 (KMK) (LMS)
INDUSTRIES HEALTH FUND, WORKERS         :
UNITED and TRUSTEES OF THE LAUNDRY,     :
DRY CLEANING WORKERS AND ALLIED         :   STIPULATION FOR
INDUSTRIES RETIREMENT FUND,             :   EXTENSION OF TIME TO ANSWER
WORKERS UNITED,                         :
                                        :
                    Plaintiffs,         :
                                        :
       -against-                        :
                                        :
THE ALLEN SUPPLY & LAUNDRY              :
SERVICES, INC. d/b/a ALLEN LINEN SUPPLY,:
                                        :
                    Defendant.          :
                                        :
------------------------------------------------------------ x

   IT IS HEREBY STIPULATED AND AGREED by and between the parties that, at

defendants' request, defendant THE ALLEN SUPPLY & LAUNDRY SERVICES, INC. d/b/a

ALLEN LINEN SUPPLY's time to answer Plaintiffs' Complaint shall be extended to March 31,

2011. This is the defendant's first request for an extension of time.

   IT IS FURTHER STIPULATED AND AGREED that a pdf or facsimile signature on this

Stipulation shall have the effect of an original signature.

Dated: New York, New York
       March 16, 2011

Respectfully submitted,

_____
David C. Sapp, Esq.
333 Westchester Avenue
North Building – Second Floor
White Plains, NY 10604
Telephone: (914) 367-5576
Fax: (914) 367-5788
dsapp@amalgamatedlife.com
*Attorney for Plaintiffs*

_____
DUANE MORRIS LLP
Eve I. Klein, Esq.
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1065
Fax: (212) 692-1020
eiklein@duanemorris.com
Attorneys for Defendant
The Allen Supply & Laundry Services, Inc.
d/b/a Allen Linen Supply

SO ORDERED:

_____
United States District Judge

March 17, 2011
White Plains, NY