# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

EVE I. KLEIN
DIRECT DIAL: 212-692-1065
PERSONAL FAX: +1 212 202 7559
E-MAIL: eiklein@duanemorris.com

www.duanemorris.com



RECEIVED
APR - 1 2011
HON. LISA MARGARET SMITH
U.S.M.J.

March 31, 2011

VIA EXPRESS MAIL

The Honorable Lisa Margaret Smith
U.S. Magistrate Judge
United States District Court - Southern
District of New York
300 Quarropas Street
White Plains NY 10601

Re: **Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund et al. v. The Allen Supply & Laundry Services, Inc., 09-cv-9349 (KMK)(LMS)**

Dear Magistrate Judge Smith:

I am writing with the consent of opposing counsel to request an adjournment and clarification regarding the scheduled settlement conference in the above-entitled action. There is confusion as to the conference date (Document Number 18 on the docket). Originally, the settlement conference was set for May 4, 2011; however, the conference is now scheduled for April 5, 2011. A copy of the current scheduling order is attached.

When the parties appeared before Judge Karas in March, they contemplated adjournment of the proceedings until May of 2011 to allow the parties to engage in settlement discussions. At this time, the parties are actively engaged in settlement discussions with regard to the benefit fund contributions in issue and mutually request that the settlement conference be adjourned until such time as the parties feel further settlement efforts would be futile without the Court's intervention. Given the productive state of negotiations, we believe that it is unlikely that the currently-scheduled date for the settlement conference would be necessary. Accordingly, we

*[Handwritten endorsement:]* Deemed letter motion. Motion granted only to the extent that the conference on April 5 at 2:30 pm, will be by telephone conference call. Plaintiff's counsel to set up the call. SO ORDERED. /s/ Lisa Margaret [Smith] (LMSJ) 4/1/11

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086         PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM1\2564981.2