DUANE MORRIS LLP
Eve I. Klein, Esq.
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1065
eiklein@duanemorris.com
Attorneys for Defendant
The Allen Supply & Laundry Services, Inc.
d/b/a Allen Linen Supply

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

TRUSTEES OF THE LAUNDRY, DRY
CLEANING WORKERS AND ALLIED
INDUSTRIES HEALTH FUND, WORKERS
UNITED and TRUSTEES OF THE LAUNDRY,
DRY CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND,
WORKERS UNITED,

                        Plaintiffs,

       -against-

THE ALLEN SUPPLY & LAUNDRY
SERVICES, INC. d/b/a ALLEN LINEN SUPPLY,

                        Defendant.

-------------------------------------------------------------- x

09 Civ. 09349 (KMK) ~~(EMS)~~ (KMK)

STIPULATION FOR
EXTENSION OF TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, at defendants' request, defendant THE ALLEN SUPPLY & LAUNDRY SERVICES, INC. d/b/a ALLEN LINEN SUPPLY's time to answer Plaintiffs' Complaint shall be extended to April 29, 2011. This is the defendant's second request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED that a pdf or facsimile signature on this Stipulation shall have the effect of an original signature.

DM1\2564944.1

Dated: New York, New York
       March 29, 2011

Respectfully submitted,

_____
David C. Sapp, Esq. (DS5781)
333 Westchester Avenue
North Building – Second Floor
White Plains, NY 10604
Telephone: (914) 367-5576
Fax: (914) 367-2576
dsapp@amalgamatedlife.com
*Attorney for Plaintiffs*

DUANE MORRIS LLP
Eve I. Klein, Esq.
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1065
Fax: (212) 692-1020
eiklein@duanemorris.com
Attorneys for Defendant
The Allen Supply & Laundry Services, Inc.
d/b/a Allen Linen Supply

SO ORDERED:

_____
United States District Judge

April 4, 2011
White Plains, NY