DuaneMorris®



FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

EVE I. KLEIN
DIRECT DIAL: 212-692-1065
PERSONAL FAX: +1 212 202 7559
E-MAIL: eiklein@duanemorris.com

www.duanemorris.com

March 31, 2011

VIA FEDERAL EXPRESS

Hon. Kenneth M. Karas
United States District Court - Southern
District of New York
300 Quarropas Street
Chambers 533
White Plains NY  10601

> **Re:** **Trustees of the Laundry, Dry Cleaning Workers and Allied Industries
> Health Fund et al. v. The Allen Supply & Laundry Services, Inc., 09-cv-9349
> (KMK)(LMS)**

Dear Judge Karas:

I am writing with the consent and endorsement of opposing counsel to request an
adjournment of the May 6, 2011 conference currently scheduled in the above-entitled action.
The parties are actively engaged in settlement discussions with regard to the benefit fund
contributions at issue. Given the productive state of those negotiations as of this time, and the
Court's referral of this case to Magistrate Judge Smith for a settlement conference, the parties
believe that the currently scheduled conference may not be necessary.  Should the matter not be
resolved by the parties, we would like to have the opportunity to first work with Magistrate
Judge Smith before the Court again conferences the case.  We have requested that Magistrate
Judge Smith adjourn the conference currently scheduled for April 4, 2011, to a date after May
16, 2011, in order to give the parties' an opportunity to resolve this matter on their own.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                    PHONE: +1 212 692 1000   FAX: +1 212 692 1020

Hon. Kenneth M. Karas
March 31, 2011
Page 2

**DuaneMorris**

Accordingly, we request that a new date for the conference be set subsequent to the settlement conference date to be scheduled by Magistrate Judge Smith.  This is the first joint request for an adjournment from these chambers in this action.

Respectfully submitted,

Eve I. Klein
Partner

EIK:kdg
cc:     David C. Sapp, Esquire  (*via* Federal Express)

*The new conference date is Jun 14, 2011, at 12:00*

*So ordered -*

*4/4/11*