DUANE MORRIS LLP
Eve I. Klein, Esq.
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1065
eiklein@duanemorris.com
Attorneys for Defendant
The Allen Supply & Laundry Services, Inc.
d/b/a Allen Linen Supply

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

TRUSTEES OF THE LAUNDRY, DRY
CLEANING WORKERS AND ALLIED
INDUSTRIES HEALTH FUND, WORKERS
UNITED and TRUSTEES OF THE LAUNDRY,
DRY CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND,
WORKERS UNITED,

                    Plaintiffs,

    -against-

THE ALLEN SUPPLY & LAUNDRY
SERVICES, INC. d/b/a ALLEN LINEN SUPPLY,

                    Defendant.

-------------------------------------------------------------- x

09 Civ. 09349 (KMK) (LMS)

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, at defendants' request, defendant THE ALLEN SUPPLY & LAUNDRY SERVICES, INC. d/b/a ALLEN LINEN SUPPLY's time to answer Plaintiffs' Complaint shall be extended to May 31, 2011. This is the defendant's third request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED that a pdf or facsimile signature on this Stipulation shall have the effect of an original signature.

Dated: New York, New York
April 26, 2011

Respectfully submitted,

David C. Sapp, Esq. (DS5781)
333 Westchester Avenue
North Building – Second Floor
White Plains, NY 10604
Telephone: (914) 367-5576
Fax: (914) 367-5788
dsapp@amalgamatedlife.com
*Attorney for Plaintiffs*

DUANE MORRIS LLP
Eve I. Klein, Esq. (EIK 6747)
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1065
Fax: (212) 692-1020
eiklein@duanemorris.com
Attorneys for Defendant
The Allen Supply & Laundry Services, Inc.
d/b/a Allen Linen Supply

SO ORDERED:

United States District Judge

4/27/11

2