**MEMO ENDORSED**   **DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

EVE I. KLEIN
DIRECT DIAL: 212-692-1065
PERSONAL FAX: +1 212 202 7559
E-MAIL: eiklein@duanemorris.com

www.duanemorris.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

May 20, 2011

**_VIA FEDERAL EXPRESS_**

Hon. Kenneth M. Karas
United States District Court - Southern District
of New York
300 Quarropas Street
Chambers 533
White Plains NY  10601

      Re:    **Trustees of the Laundry, Dry Cleaning Workers and Allied Industries
Health Fund et al. v. The Allen Supply & Laundry Services, Inc.
Index No. 09-cv-9349 (KMK)(LMS)**

Dear Judge Karas:

      We represent the defendant, Allen Supply & Laundry Services, Inc.  I am writing with the consent of opposing counsel to request a further adjournment of defendant's time to answer the complaint from May 31, 2011 until June 30, 2011.  A stipulation executed by counsel for both parties is attached.

      As you may recall, this case involves a claim by the Plaintiffs, multi-employer benefit funds, for interest, penalties and attorneys' fees, stemming from the alleged late payment by the Defendant of principal benefit fund contributions.  As reported in our conference this morning to Magistrate Judge Smith, the parties have reached an agreement to settle the case, which is now subject to approval of the Fund's trustees.  Mr. Sapp advised us that a trustees meeting is scheduled for June 3, 2011, and it is expected that the settlement will be approved at that time.  In the event the matter is not settled, we will, of course, promptly submit our Answer.  However, at this juncture, the parties have put their resources into resolution rather than further litigation.  This is the fourth joint request to adjourn proceedings herein.

DUANE MORRIS LLP

1540 BROADWAY    NEW YORK, NY 10036-4086                                  PHONE: +1 212 692 1000   FAX: +1 212 692 1020


Hon. Kenneth M. Karas
May 20, 2011
Page 2

DuaneMorris

    We appreciate the Court's courtesies and consideration of this request.

                                    Respectfully submitted,

                                    Eve I. Klein

EIK:jb
Enclosure
cc:    David C. Sapp, Esquire  (*via* facsimile)

*Granted.*

*So ordered.*

*KMK 5/25/11*