UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
TRUSTEES OF THE LAUNDRY, DRY CLEANING          :
WORKERS AND ALLIED INDUSTRIES HEALTH           :
FUND, WORKERS UNITED and TRUSTEES OF           :        09-CV-09349(KMK)
THE LAUNDRY, DRY CLEANING WORKERS              :
AND ALLIED INDUSTRIES RETIREMENT FUND,         :
WORKERS UNITED                                 :
                                               :        **STIPULATION OF**
                                               :        **VOLUNTARY DIMISSAL**
                              Plaintiffs,       :        **WITH PREJUDICE**
                                               :
              -against-                         :
                                               :
THE ALLEN SUPPLY & LAUNDRY SERVICES, INC.  :
d/b/a ALLEN LINEN SUPPLY,                       :
                                               :
                              Defendant.        :
-------------------------------------------------------------------------X

   **IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the

above-captioned action, by and through their respective counsel, that the above-captioned action

is hereby voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), and with each party to bear their own costs and fees.

Dated: White Plains, New York
      June **20** , 2011

David C. Sapp, Esq. (DS5781)              DUANE MORRIS LLP
333 Westchester Avenue                    Eve I. Klein, Esq. (EK 6447)
North Building – Second Floor             1540 Broadway
White Plains, NY 10604                    New York, NY 10036-4086
Telephone: (914) 367-5576                 Telephone: (212) 692-1065
dsapp@amalgamatedlife.com                 eiklein@duanemorris.com
*Attorney for Plaintiffs*                 *Attorneys for Defendant*

**SO ORDERED:**

_____
Kenneth M. Karas, U.S.D.J. .